## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M. Gruel Jr.<br>Deborah R. Gruel<br>　　　　　　　　Debtors | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　　　　Movant<br>vs. | NO. 16-14217 MDC |
| David M. Gruel Jr.<br>Deborah R. Gruel<br>　　　　　　　　Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

### ORDER

AND NOW, this 2nd day of March, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., and its successor in title to take possession and sell, lease, and otherwise dispose of the N 2014 Dodge Dart ("Vehicle"), bearing a VIN Number 1C3CDFEB7ED826623.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge.

David M. Gruel Jr.
654 Hamaker Road
Manheim, PA 17545

Deborah R. Gruel
654 Hamaker Road
Manheim, PA 17545

Thomas W. Fleckenstein
1338 Malleable Road
Columbia, PA 17512

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532