```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                       Case No. 16-14217-mdc
David M. Gruel, Jr.                                          Chapter 13
Deborah R. Gruel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Mar 03, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db/jdb         +David M. Gruel, Jr.,    Deborah R. Gruel,   654 Hamaker Road,    Manheim, PA 17545-9134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor David M. Gruel, Jr. tom@fleckensteinpalaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Joint Debtor Deborah R. Gruel tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M. Gruel Jr.<br>Deborah R. Gruel<br>                Debtors | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>                Movant<br>vs. | NO. 16-14217 MDC |
| David M. Gruel Jr.<br>Deborah R. Gruel<br>                Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                Trustee | |

## ORDER

AND NOW, this 2nd day of March, 2017 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., and its successor in title to take possession and sell, lease, and otherwise dispose of the N 2014 Dodge Dart ("Vehicle"), bearing a VIN Number 1C3CDFEB7ED826623.

                                                                                                _____
                                                                                                 Bankruptcy Judge.

David M. Gruel Jr.
654 Hamaker Road
Manheim, PA 17545

Deborah R. Gruel
654 Hamaker Road
Manheim, PA 17545

Thomas W. Fleckenstein
1338 Malleable Road
Columbia, PA 17512

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532