IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :    CHAPTER 13
    David M. Gruel, Jr.              :    NO. 16-14217
    Deborah R. Gruel                  :
        (DEBTORS)              :

## CERTIFICATE OF SERVICE

Thomas W. Fleckenstein, the attorney for the Debtor, hereby certifies that on the 5th day of June, 2017, he served a copy of the foregoing Order to Dismiss Case on all creditors and parties in interest by first class mail, postage paid.

_____
Thomas W. Fleckenstein
Attorney for Debtor