IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| David M. Gruel, Jr. | : | NO. 16-14217 |
| Deborah R. Gruel | : | |
| (DEBTORS) | : | |

## CERTIFICATION OF NO OPPOSITION TO COUNSEL'S MOTION TO APPROVE FEE

Thomas W. Fleckenstein, Esquire, the attorney for the Debtor(s), hereby certifies that more than twenty-one (21) days have elapsed since he made service of the Notice of Motion of Debtor's Counsel for Approval of Fee.

Counsel further certifies that no creditor or party in interest has filed an answer, objection, request for a hearing or other responsive pleading to the Motion to Approve Counsel Fee.

Date____6/5/2017_____

Respectfully,

Thomas W. Fleckenstein, ESQUIRE
Attorney for Debtor(s)
1338 Malleable Road
Columbia, PA 17512
Tel:(717) 333-4053
Fax:(717) 342-2474