United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14217-mdc
David M. Gruel, Jr.                                                 Chapter 13
Deborah R. Gruel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2          Date Rcvd: Jun 08, 2017
                            Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
```
db/jdb         +David M. Gruel, Jr.,   Deborah R. Gruel,    654 Hamaker Road,    Manheim, PA 17545-9134
cr            ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court:   Nissan Motor Acceptance Corporation,    Bankruptcy Dept.,
                 8900 Freeport Parkway,   Irving, TX  75063-2438)
13743265        American Express,    PO Box 360001,   Fort Lauderdale, FL 33336-0001
13788080        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
13743268      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,   El Paso, TX 79998)
13854393       +BANK OF AMERICA, N.A.,    c/o BRIAN CRAIG NICHOLAS,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13791950        Bank Of America, N.A.,    PO BOX 31785,   Tampa, FL 33631-3785
13743267        Bank of America,    PO Box 5170,   Simi Valley, CA 93062-5170
13743269       +Bank of the West,    PO Box 4024,   Alameda, CA 94501-0424
13743271       +CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
13743272      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13743270       +Capital One,    PO Box 26030,   Richmond, VA 23260-6030
13760336        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13743273        Comenity Bank,    PO Box 182789,   Columbus, OH 43218-2789
13743274       +Ditect,   1100 Virgina Drive,    Ste. 100,   Fort Washington, PA 19034-3204
13753216      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    Dept. 55953,   P O Box 55000,
                 Detroit  MI, 48255-0953)
13743275       +Ford Motor Credit,    PO Box 542000,   Omaha, NE 68154-8000
13806859       +Ford Motor Credit Company,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
13786051       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
13779923       +MIDLAND FUNDING LLC,    PO BOX 2011,   WARREN, MI 48090-2011
13746158        Nissan,   POB 660366,   Dallas, TX  75266-0366
13743277       +Nissan Motors,    PO Box 685003,   Franklin, TN 37068-5003
13802099      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,   St. Louis, MO 63166-0108)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 09 2017 00:56:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2017 00:55:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2017 00:56:06     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:35     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13759079        E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2017 00:55:19     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13743264       +E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2017 00:55:19     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13755604       +E-mail/Text: bknotices@bankofthewest.com Jun 09 2017 00:55:59     Bank of the West,
                 2527 Camino Ramon,    San Ramon CA 94583-4213
13807925        E-mail/Text: bankruptcy.bnc@ditech.com Jun 09 2017 00:55:26
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13743276       +E-mail/Text: unger@members1st.org Jun 09 2017 00:56:43     Members First,   500 Louise Drive,
                 PO Box 40,   Mechanicsburg, PA 17055-0040
13803830        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2017 00:59:09
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13758818        E-mail/Text: bnc-quantum@quantum3group.com Jun 09 2017 00:55:28
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
13749464        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2017 00:51:36
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13743279        E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:35     SYNCB/ Amazon,   PO Box 965015,
                 Orlando, FL 32896-5008
13743278       +E-mail/Text: bankruptcy@bbandt.com Jun 09 2017 00:55:29     Sheffield Financial,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
13743280       +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:51:42     Syncb/Care Credit,
                 950 Forrer Blvd.,    Dayton, OH 45420-1469
                                                                                              TOTAL: 15
```

```
District/off: 0313-2           User: John                Page 2 of 2              Date Rcvd: Jun 08, 2017
                               Form ID: pdf900           Total Noticed: 38
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13743281*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   777 E. Wisconsin Ave.,   Milwaukee, WI 53202)
13743266      ##Bank of Amercia,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS W. FLECKENSTEIN    on behalf of Debtor David M. Gruel, Jr. tom@fleckensteinpalaw.com
          THOMAS W. FLECKENSTEIN    on behalf of Joint Debtor Deborah R. Gruel tom@fleckensteinpalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
           mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                         TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| David M. Gruel, Jr | : | |
| Deborah R. Gruel, | : | |
| Debtor(s). | : | Bankruptcy No. 16-14217-MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: 6/5/2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE